## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

DONTAE CLARK, )
)
            Plaintiff, )
vs. )    1:06-cv-337-JDT-WTL
)
OFFICER GUNLIGHT, et al., )
)
            Defendants. )

### Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.     The plaintiff's request to proceed *in forma pauperis* is **granted.**

2.     The plaintiff is assessed an initial partial filing fee of $16.00. He shall have **through April 19, 2006,** in which to pay this sum to the clerk of the district court.

3.     The plaintiff shall have **through April 5, 2006,** in which to supply the address at which each defendant can be served with process.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 03/20/2006

Copies to:

Dontae Clark
Howard County Jail
1800 W. Markland Ave.
Kokomo, IN  46901